UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-2124-1

| United States Of America | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| Jazmine N. Ingram | ) | |
| | ) | |

On December 10, 2014, Jazmine Ingram appeared before the Honorable Robert B. Jones Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Simple Possession of Marijuana in violation of 21 U.S.C. § 844(a) was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on July 9, 2015, the court finds as a fact that Jazmine Ingram, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Possessing a controlled substance.
2. Using a controlled substance.
3. Failing to notify the officer within 72 hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, commencing as soon as can be arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

2. The defendant shall participate in a program for the treatment of substance abuse.

3. The offender shall resume participation in the DROPS program.

4. The offender shall reappear before the court during the October session of Magistrate Court in Fayetteville, North Carolina, for a status hearing.

**IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 9th day of July, 2015

Kimberly A. Swank
U.S. Magistrate Judge